ERNEST J. BROOKS, III
PLAINTIFF/PETITIONER/MOVANT'S NAME

T-61049
PRISON NUMBER

CALIFORNIA SUBSTANCE ABUSE TREATMENT
FACILITY & STATE PRISON
PLACE OF CONFINEMENT

P.O. BOX 5242
CORCORAN, CA 93212-5242
ADDRESS

FILED

2008 MAR -7 PM 3:33

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KM _____ DEPUTY

# United States District Court
## Southern District Of California

ERNEST J. BROOKS, III            ,
Plaintiff/Petitioner/Movant

v.

KEN CLARK, WARDEN              ,
Defendant/Respondent

Civil No. 08cv0125-JM(BLM)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration  C.S.A.T.F.// CORCORAN II
   Are you employed at the institution?         ☒ Yes ☐ No
   Do you receive any payment from the institution?  ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)          C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

2. Are you currently employed? ☐ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer._____
   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance             ☐ Yes ☒ No
   d. Disability or workers compensation                ☐ Yes ☒ No
   e. Social Security, disability or other welfare      ☐ Yes ☒ No
   e. Gifts or inheritances                             ☐ Yes ☒ No
   f. Spousal or child support                          ☐ Yes ☒ No
   g. Any other sources                                 ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____
   _____
   _____

4. Do you have any checking account(s)?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?  ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. NONE

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____
   1. $10,000.00    RESTITUTION     CASE NO. SCD163292   BAL. $9,137.00
   2. $    350.00    CIVIL FILING FEE   CASE NO. 05cv0749-JAH(CAB)   BAL. $270.00
   3. $    150.00    CIVIL FILING FEE   CASE NO. 03cv1194-WQH(BEN)   BAL. $133.00

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): NONE

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. I AM A DEPENDENT OF THE STATE OF CALIFORNIA.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

February 25, 2008                    [signature]
        DATE                           SIGNATURE OF APPLICANT

CIV-67 (Rev. 4/06)            C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant ___ERNEST J. BROOKS, III___,
(NAME OF INMATE)

___T-61049___,
(INMATE'S CDC NUMBER)

has the sum of $ ___0___ on account to his/her credit at ___C SATF___

___CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY / STATE PRISON___.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ ___.83___,

and the *average monthly deposits* to the applicant's account was $ ___1.33___.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

___FEB 2 8 2008___   ___M Jordan___
DATE   SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

___M. Jordan___
OFFICER'S FULL NAME (PRINTED)

___Account Clerk II___
OFFICER'S TITLE/RANK

CIV-67 (Rev. 4/06)   C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __ERNEST J. BROOKS, III__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☒ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__February 25, 2008__                              _/s/ E Brooks_
DATE                                                SIGNATURE OF PRISONER

CIV-67 (Rev. 4/06)                    C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

```
REPORT ID: TS3030   .701                              REPORT DATE: 02/29/08
                                                      PAGE NO:        1
```

```
REPORT ID: TS3030   .701                              REPORT DATE: 02/29/08
                                                      PAGE NO:        1
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                    SATF/SP AT CORCORAN
                 INMATE TRUST ACCOUNTING SYSTEM
                 INMATE TRUST ACCOUNT STATEMENT

           FOR THE PERIOD: JUL. 01, 2007 THRU FEB. 29, 2008
```

ACCOUNT NUMBER : T61049            BED/CELL NUMBER: FED5T1000000136L
ACCOUNT NAME   : BROOKS, ERNEST    ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                          TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 07/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 07/05 | *VD54 | INMATE PAYROL | 0088/06-07 | | 3.46 | | 3.46 |
| 07/05 | W213 | FEDERAL FILIN | 0098/0798 | | | 1.53 | 1.93 |
| 07/05 | W213 | FEDERAL FILIN | 0098/1194 | | | 1.53 | 0.40 |
| 07/18 | W516 | LEGAL COPY CH | 0383/LCOPY | | | 0.40 | 0.00 |
| 08/06 | W823 | REVERSE FILIN | 0659/0098 | | | 1.53- | 1.53 |
| 08/06 | W823 | REVERSE FILIN | 0659/0098 | | | 1.53- | 3.06 |
| 08/07 | *VD54 | INMATE PAYROL | 0687/07-07 | | 4.51 | | 7.57 |
| 08/08 | W213 | FEDERAL FILIN | 0708/0749 | | | 0.69 | 6.88 |
| 08/08 | W213 | FEDERAL FILIN | 0708/1149 | | | 0.69 | 6.19 |
| 08/08 | W213 | FEDERAL FILIN | 0709/1194 | | | 0.90 | 5.29 |
| 08/08 | W215 | FEDERAL FILIN | 0709/0749 | | | 0.90 | 4.39 |
| 08/10 | W213 | FEDERAL FILIN | 0789/1194 | | | 1.23 | 3.16 |
| 08/10 | W213 | FEDERAL FILIN | 0789/0749 | | | 1.23 | 1.93 |
| 09/07 | W516 | LEGAL COPY CH | 1349/LCOPY | | | 1.93 | 0.00 |
| 09/20 | W825 | REVERSE FILIN | 1633/0709 | | | 0.90- | 0.90 |
| 09/20 | W213 | FEDERAL FILIN | 1633/0749 | | | 0.90 | 0.00 |

                     * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/26/02           CASE NUMBER: SCD163292
COUNTY CODE: SD                    FINE AMOUNT: $ 10,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 07/01/2007 | | BEGINNING BALANCE | | 9,355.70 |
| 07/05/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 3.83- | 9,351.87 |
| 08/07/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 5.00- | 9,346.87 |

                        SATF/SP AT CORCORAN
                     INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JUL. 01, 2007 THRU FEB. 29, 2008

ACCT: T61049      ACCT NAME: BROOKS, ERNEST          ACCT TYPE: I

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                           TRUST ACCOUNT SUMMARY

| BEGINNING | TOTAL    | TOTAL       | CURRENT | HOLDS   | TRANSACTIONS  |
| BALANCE   | DEPOSITS | WITHDRAWALS | BALANCE | BALANCE | TO BE POSTED  |
|-----------|----------|-------------|---------|---------|---------------|
| 0.00      | 7.97     | 7.97        | 0.00    | 0.00    | 0.00          |

                                          CURRENT
                                          AVAILABLE
                                          BALANCE
                                          ---------
                                          0.00

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:                    FEB 28 2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
   TRUST OFFICE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST J. BROOKS,<br><br>Petitioner,<br><br>v.<br><br>KEN CLARK, Warden, et al.,<br><br>Respondents. | Civil No.   08cv0125-JM (BLM)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than March 24, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.

IT IS SO ORDERED.

DATED: January 30, 2008

Hon. Jeffrey T. Miller
United States District Judge

CC:         ALL PARTIES

-1-