EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
ELIZABETH A. HARTWIG, State Bar No. 91991
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2278
 Fax: (619) 645-2271
 Email: Elizabeth.Hartwig@doj.ca.gov

*Attorneys for Respondent*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST J. BROOKS, III,** | 08cv0125 JM (BLM) |
| *Petitioner*, | **NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE** |
| v. | |
| **KEN CLARK, *Warden*,** | *To Be Sent to Clerk's Office* |
| *Respondent*. | |

1.  Clerk's Transcript, California Appellate Case No. D040566 (2 Vols.);

2.  Reporter's Transcript, California Appellate Case No. D040566 (6 Vols.);

3.  Brooks' Opening Brief in state court, No. D040566;

4.  Respondent's Brief, No. D040566;

5.  Brooks' Reply Brief, No. D040566;

6.  Unpublished appellate opinion, California Fourth District Court of Appeal,

    Division One, filed April 23, 2003, No. D040566;

7.  Petition for Review, California Supreme Court, No. S121720;

8. Order Denying Petition for Review, No. S121720, filed Feb. 18, 2004;

9. Petition for Writ of Habeas Corpus, California District Court of Appeal, No. D046561, filed June 3, 2005, together with exhibits which include copies of:

   a. Brooks' Petition for Writ of Habeas Corpus, San Diego Superior Court No. HC 17276, filed 2003, and Opinion and Order denying the petition, filed February 10, 2003;

   b. Brooks' Second Petition for Writ of Habeas Corpus, San Diego Superior Court, HC 17276, filed April 4, 2004, and Opinion and Order denying second petition No. HC 17276, filed June 4, 2004;

10. Opinion and Order denying petition, No. D046561, filed July 15, 2005;

11. Petition for Writ of Habeas Corpus, California Supreme Court, filed May 8, 2006; *and*

12. Order of California Supreme Court, denying petition, No. S143190, filed January 17, 2007, citing *In re Dixon* (1953) 41 Cal.2d 756.

Dated:  June 12, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General

   *s*/ELIZABETH A. HARTWIG

ELIZABETH A. HARTWIG
Deputy Attorney General

*Attorneys for Respondent*

EAH:sm
80248249.wpd
SD2008800668