UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNEST J. BROOKS, | ) | Case No. 08cv125-JM (BLM) |
| | ) | |
| Petitioner, | ) | **ORDER GRANTING PETITIONER'S REQUEST TO CONTINUE** |
| v. | ) | |
| | ) | |
| KEN CLARK, Warden, | ) | **[DOC. NO. 11]** |
| | ) | |
| Respondent. | ) | |

On July 15, 2008, Petitioner in the above matter requested an extension of time to file his traverse to Respondent's answer. Doc. No. 11. In support, Petitioner states that, due to issues arising from his status as an inmate, he is unable to access his legal documents. Id. Petitioner's motion is hereby **GRANTED** as follows.

1. Petitioner may file a traverse to matters raised in the answer no later than **August 12, 2008**. Any traverse by Petitioner shall (a) state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) be limited to facts or arguments responsive to matters raised in the answer; and (c) shall not raise new grounds for relief that were not asserted in the petition. Grounds for relief withheld until the traverse will not be considered. No traverse shall exceed ten (10) pages in length absent advance leave of Court for good

cause shown.

    2.  A request by a party for an extension of time within which to file any of the pleadings required by this Order should be made in advance of the due date of the pleading, and the Court will grant such a request only upon a showing of good cause.  Any such request shall be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary.

    3.  Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date Petitioner's traverse is due.

    4.  Every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing party, if such party is not represented by counsel).  Any document delivered to the Court without a certificate of service will be returned to the submitting party and disregarded by the Court.

    5.  Petitioner shall immediately notify the Court and counsel for Respondent of any change of Petitioner's address.  If Petitioner fails to keep the Court informed of where Petitioner may be contacted, this action will be subject to dismissal for failure to prosecute.

**IT IS SO ORDERED.**

DATED: <u>July 15, 2008</u>

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JEFFREY T. MILLER
U.S. DISTRICT JUDGE

ALL COUNSEL