ERNEST J. BROOKS, III, T-61049
C.S.A.T.F.   E3-143L
P.O. BOX 5242
900 QUEBEC AVENUE
CORCORAN, CA 93212-5242

**In Propria Persona**

FILED

2008 AUG 19  PM 3:00

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____RM_____DEPUTY

**NUNC PRO TUNC**

AUG 15 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST J. BROOKS, III,<br><br>  Petitioner,<br><br>  v.<br><br>KEN CLARK, Warden,<br><br>  Respondent. | CASE NO: 08cv0125 JM (BLM)<br><br>TRAVERSE TO RESPONDENTS ANSWER TO PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS |

COMES NOW PETITIONER, Ernest J. Brooks, III, a State Prisoner, proceeding pro se, to bring this Traverse to Respondents Answer to Petitioner's Petition for Writ of Habeas Corpus. Petitioner herein addresses each of the Respondents Answers, by paragraph. Except as expressly admitted herein, or in the Memorandum of Points and Authorities herewith, Petitioner **DENIES** each allegation in Respondents Answer and specifically restates the argument set forth in his Habeas Corpus Petition.

//
//
//

I.

Petitioner **AGREES** with Respondents Answer in Paragraph I, with the following exception noted: Petitioner contends he is unlawfully incarcerated at California Substance Abuse Treatment Facility & State Prison, because his right to due process and a fair trial was violated.

II.

Petitioner **AGREES** with Respondents Answer in Paragraph II, with the following exception noted: Petitioner contends that he has not been accorded an Evidentiary Hearing at any stage of his appeals process, and that the Federal Court must conduct one, for reasons set forth more fully in Petitioner's Memorandum of Points and Authorities, filed herewith.

III.

Petitioner **DENIES** Respondents contentions, as stated in Paragraph III of Respondents Answer, and asserts that the Trial Court violated his right to due process and a fair trial, when it failed to sustain Petitioner's objection to testimony of prior acts of sodomy and/or anal penetration as propensity evidence (pursuant to Cal. Evid. Code Sections 1108/352) <u>without limitation</u>, which was in violation of its own pretrial order.

IV.

Petitioner **DENIES** the Respondents contentions as stated in Paragraph IV of Respondents Answer.

V.

Petitioner **DENIES** the Respondents contentions as stated in Paragraph V of Respondents Answer.

VI.

The relevant facts and procedural history set forth in the accompanying Memorandum of Points and Authorities are incorporated by

reference herein. Except as expressly admitted herein, or in the Memorandum of Points and Authorities, Petitioner **DENIES** each allegation in Respondents Answer and specifically restates the argument set forth in his Habeas Corpus Petition.

## VIII.

Petitioner **DENIES** the Respondents contentions as stated in Paragraph VIII of Respondents Answer.

## CONCLUSION

Wherefore, for the reasons set forth in this Traverse, and Memorandum of Points and Authorities filed in support of Petitioner's Traverse and incorporated herein by reference, this Court should grant an Evidentiary Hearing, and appoint counsel on behalf of Petitioner for further consideration and determination to vacate Petitioner's conviction and remand for a new trial.

Dated: August 12, 2008

Respectfully Submitted,

_____
Ernest J. Brooks, III, Petitioner, Pro Se